UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF TEXAS, TYLER DIVISION

United States plaintiff : Case # : 6-25-cr-00118-JCB-JDL

VS. :

HARISH CHARY VADLA (defendant) : Judges : BARKER / LOVE

CONDITIONS OF CONFINEMENT MOTION AND IMMEDIATE DISCHARGE (RELEASE) OF THE DEFENDANT DUE TO POOR JAIL CONDITION AND RELIEF

FILED
OCT 26 2026
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Honorable Judges : BARKER / LOVE.

Respected National Director of US. Marshall's Services : GADYACES. S. SERRALTA.

Respected US Marshall's officer Tyler Division : JOSE SOTO.

Respected GREGG COUNTY JAIL Warden : SHERIFF MAXEY CERLIANO.

Respected Defense Attorney : JAMES P WHALEN.

Respected Congressman Tyler Division : NATHANIEL MORAN.

Respected Senator (1) Tyler Division : JOHN CORNYN.

Respected Senator (2) Tyler Division : TED CRUZ.

Comes Now the Defendant HARISH CHARY VADLA, respectfully moves this Court for an Order of Immediate release due to the defendant's violation of 1st Amendment, 6th Amendment, 8th Amendment and 14th Amendment by the GREGG COUNTY JAIL, Warden Sheriff Maxey Cerliano, located in Longview, Texas which is the Custodian of defendant at the Order of the United States Attorney Eastern District of Texas, Tyler Division, As the Defendant is in position to file a 42 USCS § 1983

Civil Right Lawsuit, 1983/Bivens Lawsuit and 28 U.S.C.S § 1346 Federal Tort Claims Act under 28 U.S.C.S § 1402. Along with 42 U.S.C.S § 2000bb-2000bb-4 Religious Rest Act and 42 U.S.C.S § 2000cc-2000cc-5 RLU & Institutionalized persons Act. The above Said Violations are as follows.

Major Issue is Lack of medical Service, we as a federal pretrial Detainees have to pay fees for each and every medical Services it Sounds like Federal Government Can't effort anymore burden of their pretrial Detainees, perhaps feds Should release all pretrial Detainees Since pretrial Detainees Constitute a Special Category of prisoners. It has been generally held that pretrial Detainees are entitled to the Same rights as Other Citizen except to extent necessary to assure their appearance at trial and the Security of the Institution Ref. Case: "Bell V. Wolfish, 441 U.S. 520 (1979)". Although a pretrial Detainee may be Subject to Some of the Same restrictions as Convicted prisoners, the restrictions become UnConstitutional when they amount to punishment. The Medical Service Fee are as Follows: (i) Dentist Visit - $37.50. (ii) pregnancy Test - $15.00 (iii) Monistat Test - $5.00 (iv) Doctor Visit - $10.00 (v) Nurse Visit - $5.00 (vi) Urinalysis - $5.00 and (vii) Administrative Fee - $0.75 They charge it everytime when usually a Nurse Visit an Inmate for Medication which is twice in a day (AM & PM). Generally in every Jail They have Scheduled time for Medication i.e; AM and PM. But here in GREGG COUNTY JAIL there is no Scheduled time, AM medication is in between 7:00 AM - 11:00 AM which is acceptable. But the PM medication is between 8:00PM - 1:30 AM which is terrible, as a patient we have to stay Awake for Our P.M medication. Because, Medication plays

Page. No. 2

major role in our life as to keep up. Further, if an Inmates have any Non-Emergency medical problems / Issues, So even if we (Inmates) Fill up/ write an I60 Form or raise a ticket in KIOSK, we have to wait an inordinate amount of time. i.e; (Atleast 2-3 Weeks) for a response even though the Medical problem is not resolved.

Another Issue there is Only One way to Cut Our fingers/toes nails with nail Clippers, which is Supposed to Carried by Onduty Nurses, but whenever we (Inmates) ask for nail Clippers They never had it available. Other Strange thing is that, In GREGG COUNTY JAIL, The Whole medical Unit and Medical Nurses does not Carry any Cough and Cold Medicine, if Someone is Suffer from Cough/ Sour Throat They (Inmates) have to Suffer as it is a Contangeous Viral Infection/FLU. if One will effect it will spread to entire pot/ cell.

They Usually Charge money in Gregg County for Doctor Visit, when we (Inmates) See doctor he don't do any Regular Basic Check up. (i.e; pulse, Blood pressure, temperature, height and Weight). He Just Cross Check the I60 Form and Suggest the Medication to his assistant and he would not Spend time with Inmates to ask what the Actual problem is as it's Strange if that the Case Seeing the I60 Form and Changing/Adding the Medication on Inmates list. What would be Valid reason for Charging an Inmates for Doctor Visit/Appointment.

While we talk about dental Services in Gregg County is Bad, They have a Dentist who visit Once in a month, it's on the first Come, first Register for dental problem. SO, if

the One is lucky in the Queue for dentist Service, you will be receive with in that month and the rest of Inmates will be postponed to the next month that too Dentist Do nothing more than pulling the tooth, Instead of fixing the tooth/teeth. As they Seeking for their Own Comfort Same Issue for the X-Ray as well.

In the Gregg County the top Bunk is too high than usual and moreover there is no ladder and safety handles on the Sides of the Bunk as I'm fell from top Bunk and I got Injured in my Knee and Ankel, I have raise the ticket on the Same day dated 07-16-26 ref. ticket # TK-G3MG4GRDeY03 But I have got response on 07-23-26 as Nurse Notified and Ticket Closed and no Further updates about my X-Ray and no medication for my Injury. It's Still Swollen and fell the pain my Ankel and knee.

Another Medical Issue for my dry Scalp and Fungual Infection on my head. I have raise a ticket on dated 08-05-26. Ref. Ticket # TK-ZDLYfAIRSgfc But I have got response on 08-10-26 as Fill an I60 FORM and Submit it to Onduty Nurse and ticket got Closed and I have followed the Same and Submitted on Same day. After notifying the nurse for two following weeks about my I60 Form. they have Just Started Medical Shampoo in the following 3rd Week. and It almost two months using of Medical Shampoo it doesn't help and Requested the Nurse for Medical Appointment, she have noted my name in the Doctor Appointment List on 10-10-26, Still now no response and Later I have filled an I60 Form and Submitted it on 10-16-2026.

In Ref. Case: "Gates V. Collier, 501 F.2d 1291 (5th Cir, 1974)". The 5th Circuit Court of Appeals reviewed the Medical treatment that was available at the Mississippi States penitentiary with more than 1,800 prisoners, the prison administration relied upon One full time physician Several prisoners assistants, and a Substandard hospital to provide medical care. The Court ruled that the Services and facilities were inadequate and Ordered the prison administration to ① "Employ Such additional Medical personal as necessary So that the prisons medical Staff would Consist of atleast three full-time physicians, One of which must be a psychiatrist and another the prisons Chief medical Officer, two full time dentists, two full-time trained physicians assistants, Six full-time registered or licensed pratical nurses, one medical records liberian and two medical Clerical personnel and to Obtain the Consultant Services of a radiologist and a pharmacist. ② "Comply with the general Standards of the American Correctional Association relating to Medical Services for Prisoners".

Similarly, GREGG COUNTY JAIL has had Extremely Limited medical accesses. This offers additional Support for relief for via Immediate Discharge or Jail Credit Considerations.

Religious, Clergy accesses and hygine Issues are as follows. The GREGG COUNTY JAIL is not providing any religious materials or Clergy accesses. Even if Our family is Sending it by mail. It is not accepted here, or if Our family Order it through Online and try to deliver here, they returning back. These Issues Can be addressed with Ref. Case: "1983 / Bivens Statues" along with "42 U.S.C.S § 2000bb-

2000bb-4", Religious Freedom Act and "42 U.S.C.S § 2000cc - 2000cc-5 RLU" & Institutionalized person Act.

For hygine and health issue of all Inmates, there is NO Clean Drinking water facility in any of the Cell through out the Jail Facility. we (Inmates) have to drink the water from the Sink which is Connected to the toilet Seat, that water is Coming Straight from Muncipal pipeline which Includes Chlorine and Other Chemicals. There is No Seperate filtered drinking water hub in any of cell through out the jail facility. The Only way is left for us (Inmates) to get Clean drinking water is to buy it from Commessary, which is for $1.15 each 16.9oz bottle of Sam's Club generic brand (Member's Mark/pure life) the actual Cost of the Case of 40 water bottles in Sam's Club/Walmart/Cost Co etc is $4.99 ($0.13 per bottle). Generally one human body need to Consume 5-6 Litres of Water a day, which is 10-12 bottles of 16.9 oz per day, it means we (Inmates) have to purchase atleast 300-350 water bottles of 16.9oz Costing approx $400 a month Just for Clean drinking water to Survive. So the Jail Can make money on that Item. No One Can't Imagine how much extra money the jail is making Just for "NOT" providing Clean drinking water to Inmates and moreover we don't have the hot water Faucet / microwave Facility i.e; not even hot enough to cook a Soup. Mostly we Inmates have to eat the Raw/un cooked Soup because we do have no Other Options.

The Lucas Court pointed Ref. Case: "Johnston V. Marsh, 227 F.2d 528 (3rd Cir, 1955)" in which dist Judge released

Inmates was extremely poor ill, yet the Lucas Court Continued it was NOT Suggesting that the prisoner's poor health be the Only Situation that would think that prison Inmates also Could Sucessfully Complain about demontrably unsafe drinking water without waiting for an attack of dysentry. That the 8th Amendment protect against future harm to Inmates is not a novel propotition. The Amendment as we said, requires that Inmates be furnished with all basic human needs, One of which is "reasonable Safety". Supreme Court's decision in Ref. Case: "Helling V. Mckinney, 509 U.S. 25, 113 S.Ct. 2475, 125 L.Ed. 2d 22 (1993)".

I have booked in GREGG COUNTY JAIL on 07-13-26 and I have Informed about my Religious diet to Booking/(Inmate Intake) officer i.e; I'm FORBIDDEN eating of "BEEF" and "PORK" because of my Hindu Religious and she updated in my list but on the Same day I raise a ticket on KIOSK (All other Request) Ticket #TK-0bc93U0W03ZJ Informing the same issue and I notified to Medical Cart nurse about my diet ticket. no Change in my diet. Later I Created a new ticket on 07-15-26 under Grievance #TK-0mx7W0r8M5hq and mentioned about earlier ticket. I was Created and ticket resolved on 07-16-26 by Leaving Comment "This Shows it have been updated in your file as yesterday if Issue Contineous please Inform to Onduty officer". My diet changed but Later two of the events I haven't got my tray but the floor officer said he will get my Special Tray but no one showed up I have Starved on that two events. To fix this issue I requested kitchen team to Label my Tray

in Ref ticket # TK-4ZDRrniUmpsz and in two different events we usually get Sunday and Wednesday dinner Trays as "BEEF" patty's. I doubted and ask to Onduty officer I do have special Tray i.e; "No Beef" and "No pork" he said it Turkey and make me to eat it cy Later my fellow Inmates notified it as "Beef", as the Gregg County Officers has messed up my Religious Diet. Till now I don't get Label Tray and there is always some Issue with my Diet Tray. There is another incident on dated 10-02-26 as I usually get my diet Tray instead of Beef Tray i.e; "Beef Burrito". I do get Chicken patty they missed my Tray and I requested officer to get my diet Tray but she replied me Rudely saying we do have only "diabetic Trays" we do have "no" special Tray if you want to eat ate the Regular Beef Tray or else Leave it as I'm not going to get any Tray from the Kitchen for you. as I mentioned this Issue in Ref #TK-VRm9bEUUTRd floor officer (A. Hensley) got reply on 10-08-26 ticket resolved Left a Comment as notified Supervisor.

Ref Case: "DeHart V. Horn, 2000 US App. LEXIS 114 (3rd Cir pa, Jan 3, 2000)": In a Civil Rights action under 42 U.S.C.S§1983, plaintiff Inmate Challenged an Order by US district Court for the western District of Pennsylvania, Granting Summary Judgement prison Institution and officials.

The floor officers distribute one toilet paper roll in a week on every friday which is not good enough for a week, If we ask for additional toilet paper they ignore us (Inmates) or get

2-3 toilet paper rolls and throw in the group of 23-24 Inmates in between which Leads for fights in the Cell.

There are Roches, Fruit flies, water Bugs, Ants, worms and flies everywhere allover the pot/cell. No pest Control service at all. We have two showers, but we have to Use only one because another Shower has no Curtain moreover the water pressure of the Shower is too low that we Inmates have to spend more time to take good Shower.

While Serving the food Trays to the Inmates. The Kitchen persons as well as floor officers never wear their hair Net & Face Mask while Serving most of the Food Trays are not Cleaned properly as we Can see the previous Leftovers at the Tray Corners and find hair in the food which is not suprise. Even the medication Nurse will not wear gloves and face Mask while Serving medication to the Inmates The Laundry Services are Bad in Gregg County if we send our whites and Jump Suits they wash it together and makes Our whites dirty and if we lost our Jumper while doing Laundry we will not get our Jump suit back even if we ask multiple floor officers, raise tickets as well Sometimes you need to get lucky to get your Jump Suit back. The design of the foot wear is too Bad Design it makes hurt your feet that makes Inmates to Buy shoes from Commessary i.e; $30.00.

In the Gregg County Jail there is no Education / Certification Courses or Vocational Training, Medical Care or Other Correctional Treatment It is Serious, Mental, Emotional and physical

deterioration. We Inmates get only 15 mins of Church time every Sunday evening. The Reckyard is twice a week and there is no basic gym equipment facility for exercise. The County has no Basket ball, Volley ball, hand ball for the Inmates moreover the place is so untidy and unclean.

Mostly in many County Jail's there is a PREA Signed posted Everywhere But in the Gregg County there is NO PREA Sign i.e; TO prevent Sexual Abuse (No/Zero Tolerance of Sexual Abuse Sign) So atleast The Victim Can get help. In this facility there is no library and Barber Shop we (Inmates) have to Cut each Other hair Once a month that too in late night Starts from 11 PM to Until 2 AM. The Book Cart has not more than 25 books that Comes Once in two Weeks to the pot. There is NO Ventilation (or) Air Exhaust near the Comods, Mainly there is NO Spinklers inside the Cell to prevent the fire, But in the Medical room and Offices has Spinkler System Installed, as their life matters why not the Inmates. No One Cares about it. If there is any irrepairable harm to any Of the Inmates then who will responsible? Ref. Case: "United States V. Ortiz, 2007 US Dist LEXIS 87055 (3rd Dist, 2007)" and "United States V. Sutton, 2007 U.S. Dist LEXIS 79518 (3rd Dist, 2007)".

In the Cell they turn On Blower Occationally which Carries the Dust particles from Outside directly in to the Unit as We Inmates feel Suffocation during this process and moreover the Vent is Covered with full of Dust as it is hard to Suck the Inside air that leaves Bad breath. There is no assigned bunks

to anyone of Inmates it's first Come first Serve for the Bottom bunk. if Someone has any medical Issue's like Backpain, Surgery, heavy weight etc. They Can't have bottom bunk here in Gregg County. The Telephones are located under the Television it makes disturbance to Inmates while talking to their families. we do have one KIOSK for 24 Inmates. As it's hard to make Vedio Visits for family Availability Time. The Officers never place a trash bag in Trash Can the left Over food Sticks to the bottom of Can and Leaves bad pungent Smell all Over the Cell. In the last Shake-down i.e; 10-04-26. One of the Male officer Search all of the Eecho Inmates Inappropriate Strip Searched in front of the female Officer. The floor Officers in the Gregg County talks disrespect with the Inmates. In one of the event officer Green he Called me Thumb head as I answered Why? He again Call me the Same and talking about Our race people to the fellow officer. as I felt disrespect. The Commenssary and the phone and Vedio Calls prices are too high as they Charging different Kind of Taxes from the Inmates in Gregg County.

Some of the Inmates in the pot/Cell Smoke K2 by using the Television Remote batteries to light up and Smoke 3 to 4 Times a day which makes uneasy for the Other fellow Inmates and make Huge Alchol with the fruits. none of the floor Officer will not take any action on this. If anyone raise his Voice in this Issue he got beaten up by them and non of the Officers will not place any Charges on them. The Lucas Court pointed "Johnston V. Marsh, 227 F.2d 528

(3rd Cir, 1955)" in which dist Judge released Inmate was extremely poor ill, yet the Lucas Court Continued it was not suggesting that the prisoner's poor health be the only situation that would meet the extraordinary circumstance standard. Id act 367 8th Amendment rights is violated because of been exposed to the environmental tobacco smoke in prison Id act 28. Even though the possible infection might not effect all of those exposed and even though it was not alleged that the likely harm would occur Immediately. "Supreme Court's elecision in Ref Case: "Helling V. Mckinney, 509 US 25, 113 S.Ct, 2475, 125 L.Ed, 2d 22 (1993)".

I got booked at Gregg County Jail on 07-13-26 in CB-5 Cell later on next night one of the floor officer moved me to the Eecho pot. Next day Morning the pot Inmates are very polite and good with me but later when I see my Co-defendant Samirali Ghabrani he do have the Indictment Copy which includes the Victims are Vulnumerable's as we try to explain we are Innocent but they started targeting, extorsion and Threatening us. We raise a ticket on 07-22-26 #TK-WpWxXnWDYA5E we got reply on 07-27-26 asked for name as we scared to give their names but we tried to explain the same in comment but later on 07-30-26. We got reply as push the button if any severe happens and moreover told us to inform floor officer but non of them respond and moved us. Then later we create an other ticket #TK-GfFNHIN9MfD on dated 08-03-26 and Included one of the gang name i.e; JOSE and rest three are Ceasar Domingez, Roman Torres, Andres. got Comment on 08-09-26 looked into and

and ticket resolved and still facing the Same Issue. On dated 10-04-26 there is a fight between my bunky Dantae and Other person and my bunky got Injured on his head and his mattress and Other belonging's of him has moved by the Officers as I tried to move down but the Hispanic people all together made a gang and threaten me and my Co-defendant Ghabrani has stand for me but One of the member Julio Ramirez Ceasar has interfered into the Conversation and hit Ghabrani on his eye and punch on his Stomach. I tried to help Ghabrani when I went to restroom to wet my towel with hot water for Ghabrani the Same person Julio Ramirez Ceasar hit and push me down I got hit by Comod on my back and warn us not to inform or raise a ticket on this issue there is few more people from the gang Ceasar Dominguez, Roman torres, Luise ponse, Andres have warn me and Ghabrani We felt "LIFE THREAT" and we raise a ticket in kiosk when the entire pot members are in sleep on dated 10-08-26 in Grievance # TK-nNm9R8C4AM2j to Rank Officer and They left Comment as Supervisor notified and ticket Closed. We Counting each and every day in fear at Gregg County. Under Fourteen Amendment of Equal protection Claim Case Ref. no: "phillips V. Girdich, 408 F.3d 124, 129 (2nd Cir, 2005), Robinson V. Superintedent SCI, 693 F. App'x 111, 118-19 (3rd Cir, 2017); lane V. k.s kerns-Ban-NO-05-CV-1664, 2007 U.S. Dist LEXIS 119150, 2007 WL 2343797 at *3 (W.D. pa. 2007)."

Another Issue for Inmates the floor Officer has not responding

or helping for Legal document photoCopies and Notary's We have Created a ticket on 08-31-26 #TK-ZAIB7YSh3RKt got reply on 09-01-26 i.e; Speak to Onduty Supervisor and I got Copy and Notary for the ticket, when me and my fellow Inmate try to get photocopies for the another ticket #TK-OKCVDX4S3SES on 09-01-26 to CPL-HAGLER viewed and ticket Closed but non of the floor officer responded us. and Later I have raise a ticket to Warden on 10-08-26 Ref ticket #TK-MtZyEdaBWoho Stating the Issues facing at Gregg County Jail. But the ticket got Viewed and Comment as Supervisor notified and ticket Closed but non of the Issues are not resolved. Under section 1983 Claims for first Amendment Violation Ref Case: "Johnson V. Chester Cnty prison No-19-CV-4960, 2020 U.S. Dist. LEXIS, 2020 WL 405605, at *6 (E.D. pa. Jan 24, 2020)".

Courts Nationwide have Suggested that any treatment to which a prisoner is exposed is a form of punishment Ref Case: "Landman V. Royster, 333F Supp. 621, 645 (E.D. Va. 1971)", Because it is an additional punishment, above that imposed by the Sentencing Criminal Court. As the result of being a punishment, it is Subject to the 8th Amendment review. Federal Court's will provide relief for deprivation of a prisoner's Constitutional rights to be free of Cruel and Unusual punishment during his/her Stay Confinement, when the Conditions of the Confinement because Such that a prisoner is deprived of personal hygine and Other basic Civil Rights.

I want to make it Clear that I fully respect the Court as well as the Law and Order of the United States of America also I appreciate your time and attention.

WHEREFORE, defendant HARISH CHARY VADLA prays that the Court enter its Order Sustaining his Conditions of Confinement motion, Immediate Release and Such Other relief as the Court Just and proper.

Respectfully Submitted

Dated: 10-15-2026

Signature: V. [signature]

Name: HARISH CHARY VADLA